IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY P. LUCERO,

    Petitioner,                      No. CIV S-09-1608 DAD P

    vs.

KERN VALLEY STATE PRISON WARDEN,

    Respondent.                 ORDER

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 attacking a judgment of conviction and sentence entered against him in the San Bernardino County Superior Court.

        Petitioner is incarcerated in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d). However, as noted, petitioner was convicted in San Bernardino County which is an area embraced by the United States District Court for the Central District of California.

        While both the Fresno Division and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's

/////

application are more readily available in San Bernardino County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.  28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

DATED: June 15, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
luce1608.108